1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Scott G. Lawson (Bar No. 174671)
2    scottlawson@quinnemanuel.com
   Patrick Doolittle (Bar No. 203659)
3    patrickdoolittle@quinnemanuel.com
   50 California Street, 22nd Floor
4  San Francisco, California 94111
   Telephone:   (415) 875-6600
5  Facsimile:   (415) 875-6700

6  Attorneys for Defendant
   International Business Machines Corporation
7

8                       UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                             (SAN JOSE DIVISION)

11

| MARY HELEN WOODSON, | CASE NO. C 05-03939 JF |
|---|---|
| Plaintiff, | CASE NO. C 05-3387 JF |
| vs. | STIPULATION CONTINUING HEARING ON IBM'S MOTION TO DISMISS AND CONTINUING CASE MANAGEMENT CONFERENCE |
| INTERNATIONAL BUSINESS MACHINES CORPORATION and DOES ONE through TWENTY, Inclusive, | |
| Defendant. | NOT SUBJECT TO E-FILING: PLAINTIFF IS PRO SE |

20      Pursuant to *Civil Local Rule* 6-1(a), plaintiff Mary Helen Woodson and defendant

21  International Business Machines Corporation ("IBM") stipulate as follows:

22      WHEREAS, IBM has filed a motion to dismiss in Case No. C 05-3939, which motion is

23  presently set for hearing on June 23, 2006;

24      WHEREAS, the Court has scheduled a further case management conference in Related

25  Case Nos. C 05-3939 and C 05-3387 for June 23, 2006;

26      WHEREAS, plaintiff is presently out-of-state for an undetermined period caring for a

27  family member and has requested that IBM agree to continue the hearing on its motion to dismiss

28  and further requested that IBM stipulate to continue the Case Management Conference;

1 | WHEREAS, IBM has agreed to accommodate plaintiff's requests;

2 | NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

3 | 1. The hearing on IBM's motion to dismiss is continued from June 23, 2006 to July 21, 2006 at 9:00 a.m.;

5 | 2. Neither party will submit additional briefing in connection with the Motion to Dismiss;

7 | 3. The case management conference in Related Case Nos. C 05-3939 and C 05-3387 is continued from June 23, 2006 to July 21, 2006 at 9:00 a.m.

9 | 4. IBM need not submit an additional case management conference statement in advance of this continued case management conference.

IT IS SO STIPULATED

DATED: June 20, 2006

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Patrick Doolittle
Attorneys for Defendant, International Business Machines Corporation

DATED: June ___, 2006

MARY HELEN WOODSON

By _____
Mary Helen Woodson

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: 6-20-06

_____
Hon. Jeremy Fogel
United States District Judge

-2-

STIPULATION CONTINUING HEARINGS

50951/1904288.1

1. WHEREAS, IBM has agreed to accommodate plaintiff's requests;
2. NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:
3.    1. The hearing on IBM's motion to dismiss is continued from June 23, 2006 to July
4. 21, 2006 at 9:00 a.m.;
5.    2. Neither party will submit additional briefing in connection with the Motion to
6. Dismiss;
7.    3. The case management conference in Related Case Nos. C 05-3939 and C 05-3387
8. is continued from June 23, 2006 to July 21, 2006 at 9:00 a.m.
9.    4. IBM need not submit an additional case management conference statement in
10. advance of this continued case management conference.
11. IT IS SO STIPULATED
12.
13. DATED: June ___, 2006      QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
14.
15. By_____
16. Patrick Doolittle
    Attorneys for Defendant, International Business
17.     Machines Corporation
18.
19. DATED: June 19, 2006      MARY HELEN WOODSON
20.
21.
22. By /s/ Mary Helen Woodson
    Mary Helen Woodson
23.
24. PURSUANT TO STIPULATION, IT IS SO ORDERED
25.
26. Dated: _____
27.
28.      Hon. Jeremy Fogel
     United States District Judge

-2-

STIPULATION CONTINUING HEARINGS