UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MARY WOODSON,
    Plaintiff,

V.

IBM,
    Defendants.

Case No. CV-05-3387-JF

ORDER ADMINISTRATIVELY CLOSING CONSOLIDATED ACTION

On July 24, 2006 the above entitled matter was consolidated with case number CV-05-3939-JF. At that time, the Court deemed case number CV-05-3387-JF the lead case. In light of the consolidation, the clerk shall administratively close the following case: CV-05-3939-JF.

IT IS SO ORDERED.

Dated: August 19, 2008

JEREMY FOGEL
United States District Judge